Amended
**CRIMINAL COMPLAINT**
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Rene Gonzales, Jr.**<br>DOB: 1973; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-2852MJ |
| Complaint for violations of Title 18, United States Code, Section 751 | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 18, 2026, at or near Tucson, in the District of Arizona, Rene Gonzalez, Jr. did knowingly escape from custody at Dismas Charities, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court of the Southern District of Texas upon conviction for the commission of RICO conspiracy, in violation of Title 18, United States Code, Sections 1961(1), 1961(5), and 1962(d); all in violation of Title 18, United States Code, Section 751.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 2, 2009, **Rene GONZALES, JR.** was sentenced to the custody of the Bureau of Prisons to serve a term of 264 months of imprisonment and upon release, five years of supervised release to follow, pursuant to his conviction for RICO conspiracy in case CR-07-0037-008, a felony. On December 4, 2025, **GONZALES, JR.** was designated to serve a portion of his sentence at Dismas Charities Residential Reentry Center, an institutional facility, located in Tucson, Arizona. According to the Bureau of Prisons, the defendant was to be released from custody on November 5, 2026. On February 18, 2026, at 6:35 a.m., **GONZALES, JR.** was observed leaving the half-way house without authorization. **GONZALES, JR.** has not returned to Dismas, and was placed on escape status by the Bureau of Prisons.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Matthew C. Cassell* | SIGNATURE OF COMPLAINANT (official title)<br>**BRETT WESSELS** Digitally signed by BRETT WESSELS Date: 2026.02.19 10:30:37 -07'00'<br>OFFICIAL TITLE<br>Deputy U.S. Marshal Brett Wessels |
|---|---|
| Sworn to telephonically. X | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 19, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54